UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No.   23-MJ-6410-MPK |
| ) | |
| ANGELO CASTIGLIOLA, ) | |
| ) | |
| Defendant. ) | |

### AFFIDAVIT IN SUPPORT OF RULE 5(c)(3) PROCEEDING

I, Special Agent Andrew Drewer of the Federal Bureau of Investigation, do hereby make oath before the Honorable M Page Kelley, United States Magistrate Judge for the District of Massachusetts, that upon knowledge coming to me in connection with my official duties and as part of the official records of my office, I am advised that there is presently an outstanding warrant of arrest for one Angelo Castigliola pursuant to a criminal complaint filed in the District of Maine charging the defendant with (1) making repeated telephone calls with intent to harass, in violation of Title 47, United States Code, Section 223(a)(1)(E), and (2) transmitting a threatening interstate communication, in violation of Title 18, United States Code, Section 875(c).   I do hereby make oath that this warrant of arrest is outstanding in said District on the basis of the information set out above.   A copy of said warrant is attached.

_____
Andrew Drewer
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me this _____ day of August, 2023.

_____
HON. M PAGE KELLEY
United States Magistrate Judge