# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Docket No. 1:23-MJ-06410-MPK |
| ) | |
| ANGELO CASTIGLIOLA ) | |

## ASSENTED-TO MOTION TO WAIVE DETENTION HEARING

Counsel for Mr. Castigliola files this motion to Waive Detention Hearing in this district and asks that the Court enter a voluntary order of detention at this time. Counsel represents that she communicated with Mr. Castigliola today at the courthouse and had an opportunity to further discuss the case and upcoming hearing. Based on that communication, counsel files this motion to waive further hearings in this district and asks to vacate the detention hearing presently scheduled for August 17, 2023 and allow for prompt removal to the prosecuting district. Mr. Castigliola consents to a voluntary order of detention at this time, and to the removal for future hearings in the District of Maine. Counsel discussed this request with Assistant U.S. Attorney Saltzman and United States Probation Officer Maureen Curran and both assent.

Respectfully submitted,
ANGELO CASTIGLIOLA
By his Attorney,
*/s/ Cara McNamara*
Cara McNamara
   BBO 712096
Assistant Federal Public Defender
Federal Public Defender Office
51 Sleeper Street, 5th Floor
Boston, MA 02210
Tel: 617-223-8061

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on August 17, 2023.

                                          */s/ Cara McNamara*
                                          Cara McNamara