UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

No. 23-MJ-06410-MPK

UNITED STATES OF AMERICA

v.

Angelo Castigliola

**ORDER PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 5(f)**

LEVENSON, U.S.M.J.

Pursuant to the Due Process Protections Act, Public Law 116-182, 134 Sta. 894 (Oct. 21, 2020) and Rule 5(f) of the Federal Rules of Criminal Procedure, the Court issues the following Order:

The United States is reminded of its obligation to disclose in a timely manner all exculpatory evidence to the defendant, that is, all evidence that is favorable to the defendant or tends to cast doubt on the United States' case, as required by *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny. Specific categories for exculpatory evidence that must be provided to the defense are set out in Local Rule 116.2.  Failure to comply with this Order may result in consequences including, but not limited to, the reversal of any conviction, the exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, and/or sanctions by the court.

Date: August 17, 2023

     /s/ Paul G. Levenson
United States Magistrate Judge