UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 23-mj-06410-MPK |
| | ) | |
| ANGELO CASTIGLIOLA, | ) | |
|    Defendant | ) | |
| | ) | |

RULE 5 ORDER OF REMOVAL

Mr. Castigliola was arrested in the District of Massachusetts on August 15, 2023, in Boston, Massachusetts, on an arrest warrant issued in connection with a criminal complaint filed in the District of Maine, charging him with Making Repeated Telephone Calls with Intent to Harass, in violation of 47 U.S.C. § 223(a)(1)(E), and Transmitting Threatening Interstate Communications, in violation of 47 U.S.C. § 223(a)(1)(E). He appeared before Magistrate Judge Kelley on August 15, 2023, for an initial appearance at which the government moved for detention. The Federal Defender Office was appointed to represent him. He waived an identity hearing and Judge Kelley found that he is the person named in the arrest warrant. The government produced a facsimile of the warrant. He was informed of his rights under Rule 20 of the Federal Rules of Criminal Procedure.

Mr. Castigliola requested a preliminary hearing in the District of Maine. He also requested an opportunity for a detention hearing in this district, to be held on August 17, 2023. Because Judge Kelley was not available on that date, I conducted that hearing.

On August 17, 2023, Mr. Castigliola, through counsel, informed the Court that he would reserve his right to a detention hearing, to be held in the District of Maine after his removal to that district.

Accordingly, I hereby remand Mr. Castigliola to the custody of the United States Marshal and order him removed to the District of Maine.

The Clerk is directed to send the original papers in this matter to the Clerk, United States District Court, District of Maine.

August 17, 2023

/s/ Paul G. Levenson
HON. PAUL G. LEVENSON
U.S. MAGISTRATE JUDGE
DISTRICT OF MASSACHUSETTS